THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM LODHOLZ, Respondent, *v.* CHARLES H. KNOX et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.

*People ex rel. Lodholz* v. *Knox,* 58 App. Div. 541, affirmed.
(Argued June 5, 1901; decided June 18, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made March 22, 1901, affirming an order of Special Term granting a peremptory writ of mandamus directing the defendants to certify to an increase of the relator's salary as draughtsman in the department of sewers in the city of New York, as having been made according to law.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *William B. Crowell* of counsel), for appellants.

*Charles E. Clarke* and *Fred. Henry Cox* for respondent.

Order affirmed, with costs ; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.